

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name: Dernick Resources, Inc. **V.** David Wilstein and Leonard Wilstein, Individually and as Trustee of the Leonard and Joyce Wilstein Revocable Trust

Appellate case number: 01-13-00853-CV

Trial court case number: 2002-31310

Trial court: 164th District Court of Harris County

Date motion filed: July15, 2015

Party filing motion: Dernick Resources, Inc.

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn v. Keyes
    ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings and Keyes.

Date: September 22, 2015